BEFORE THE THIRD DIVISION, OCTOBER 27, 1943

No. 48930.—Protests 965582–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J.   It was stipulated that certain of the merchandise is the same in all material respects as that passed upon in *Quong Lee & Co.* v. *United States* (10 Cust. Ct. 23, C. D. 716).   The record in that case was incorporated herein.   In accordance therewith the protests were sustained to this extent.

BEFORE THE SECOND DIVISION, NOVEMBER 1, 1943

No. 48931.—Protests 921437–G, etc., of Aoki Taiseido Book Co.   (San Francisco).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel that the merchandise in question is in all material respects the same as that passed upon in *Aoki Taiseido Book Co.* v. *United States* (6 Cust. Ct. 221, C. D. 467) the claim for free entry under paragraph 1630 was sustained.

No. 48932.—Protest 505954–G of Waldburger & Huber (New York).

Opinion by KINCHELOE, J.   When the case was called for trial the plaintiff failed to appear or offer any evidence in support of the claim made.   The case was ordered submitted by the court.   An examination of the record failed to disclose any error on the part of the collector.   The protest was therefore overruled.

No. 48933.—Protest 99738–K of Daniel F. Young, Inc. (New York).

Opinion by KINCHELOE, J.   At the hearing there was no appearance on the part of the plaintiff and the court ordered the case submitted.   The record failed to show any error in the action of the collector.   The protest was therefore overruled.